IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLARD CLAYTOR,<br>TAMMY WOODS,<br>LISA SLEEPER,<br>JOSHUA DAVIS,<br>MICHAEL DICARLO,<br>WILLIAM ALBERT,<br>DOUGLAS LINDAMOOD<br><br>    Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br><br>    Defendant. | **EMERGENCY MOTION TO REMAND TO VIRGINIA CIRCUIT COURT FOR ROANOKE COUNTY, OR, IN THE ALTERNATIVE, TO GRANT TEMPORARY INJUNCTIVE RELIEF**<br><br>Case No: 7:16-cv-00197 |

Now before this Honorable Court, through undersigned counsel, comes Willard Claytor, Tammy Woods, Lisa Sleeper, Joshua Davis, Michael Dicarlo, William Albert and Douglas Lindamood, and moves this Court for an emergency hearing on their motion to remand this matter back to the Virginia Circuit Court for Roanoke County on the grounds this Court does not have subject matter jurisdiction of the Plaintiffs' state law claims asserted in their Complaint. In the alternative, the Plaintiffs move the court for temporary injunctive relief. A Memorandum in Support is filed concurrently herewith.

Respectfully submitted,

WILLARD CLAYTOR, TAMMY WOODS, LISA SLEEPER, JOSHUA DAVIS, MICHAEL DICARLO, WILLIAM ALBERT, and DOUGLAS LINDAMOOD

By:_____
Of Counsel

James B. Feinman, Esquire
VSB#: 28125
Astrika E. Wilhelm, Esquire
VSB#: 89764
James B. Feinman, Attorney At Law
1003 Church Street
P.O. Box 697
Lynchburg, VA 24505
(434) 846-7603- telephone
(434) 846-0158- facsimile
jb@jfeinman.com
Astrika@jfeinman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and foregoing copy of the Plaintiffs' Emergency Motion to Remand to Virginia Circuit Court for Roanoke County, or, in the Alternative, for Temporary Injunctive Relief was sent on this ___2___ day of May, 2016 via email to the following:

James F. Neale, Esquire
jneale@mcguirewoods.com
McGuireWoods
Court Square Building
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22902

_____
James B. Feinman

{2821 / 000}